UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :

VS.                         :          DOCKET NO: 3:03CR289 (JBA)

CARLOS ESTANQUIERO          :

**MOTION FOR RETURN OF PASSPORTS**

Pursuant to 18 USC Section 3142 the Defendant, Carlos Estanqueiro, moves this honorable court to order the return of personal property seized in connection with the above-captioned case, to wit:

1. Portugese Passport #G458494
2. Portugese Passport #G157530

Said passports were turned over as a condition of the defendant's pre-trial release.

Respectfully submitted,
Carlos Estanqueiro

James D. Diamond, His Attorney
111 Prospect Street
Stamford, CT 06901
(203)316-9220
Juris No. 307962 / Bar No. 03338

## CERTIFICATION

I hereby certify that the foregoing was mailed, postage paid, first class, this 12th day of July, 2005 to Brian Spears, Esq., 915 Lafayette Boulevard, Bridgeport, CT 06604.

_____
James D. Diamond