**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | :    **CASE NO. 3:03cr289 (JBA)** |
| **CARLOS ESTANQUIERO** | : |

### ENDORSEMENT ORDER #31

     Defendant's motion for return of U.S. Passports is GRANTED. The Clerk is directed to return the passport to the defendant's attorney James D. Diamond.

                                       IT IS SO ORDERED.

                                  _____/s/_____
                                  Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: July 27, 2005