**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

August 1, 2005

James David Diamond
111 Prospect St., Suite 2000
Stamford, CT 06901

Re:  3:03cr289(JBA)
     USA v. Carlos Estanquiro

Dear Counselor:

Pursuant to the Order of the Court entered on , I am returning the Portugese passport #45849 and Portugese passport #157530 to you in the above-identified case. Kindly acknowledge receipt by signing and returning a copy of this letter in the enclosed self-addressed envelope.

Kevin F. Rowe, Clerk

By  **Yelena Gutierrez**
    Deputy Clerk

cc: AUSA

RECEIPT ACKNOWLEDGED: _[signature]_
DATE: 8-2-05